UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Janine M. Wallace

     v.                               Civil No. 10-cv-17-JL

Bank of America et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 17, 2010, no objection having been filed.

SO ORDERED.

August 10, 2010

_____
Joseph N. Laplante
United States District Judge

cc:    Janine M. Wallace, Pro se