**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Janine M. Wallace

       v.                                                                        Civil No. 10-cv-17-JL

Bank of America et al


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**


The Further Addendum (document #8)  to the Complaint in the above-captioned case

contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this

information available over the Internet may result in personal or financial harm to the person

whose personal information is contained in the #8, Addendum to Complaint.  Therefore, because

good cause exists to prohibit a nonparty from obtaining remote electronic access to the #8,

Addendum to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ.

P. 5.2(e)(2).

       **SO ORDERED**.

                        */s/Landya B. McCafferty*
                        Landya B. McCafferty
                        United States Magistrate Judge


Date:  August  18, 2010



cc:    Janine M. Wallace, Pro se