**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Janine M. Wallace

   v.                                              Civil No. 10-cv-017-JL

Bank of America et al.

**O R D E R**

The Order dated August 10, 2010 (doc. no. 10), approving the Report and Recommendation of Magistrate Judge Landya B. McCafferty (doc. no. 5), states incorrectly that no objection to the Report and Recommendation was filed. In fact, plaintiff filed an objection on June 29, 2010, inadvertently docketed as an addendum to the complaint. See Plf's Further Add./Am. 3 (doc. no. 8) (entitled "Amendment 3: Objections, Clarification and Amendments"). Plaintiff filed two more addenda (doc. nos. 7 and 9) at that time, which also relate to the claims addressed in the Report and Recommendation.

In the interest of judicial economy and fairness to the pro se litigant, I hereby rescind the Order (doc. no. 10) approving the June 17, 2010 Report and Recommendation (doc. no. 5). The Magistrate Judge is designated to conduct a further preliminary review of the complaint addenda (doc. nos. 7, 8 and 9), pursuant

to 28 U.S.C. § 1915(e)(2), to determine if the addenda state any matters that alter her initial Report and Recommendation, for the purpose of determining if any viable claim is stated in this action.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: August 25, 2010

cc: Janine M. Wallace, pro se