UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Janine Wallace

        v.         Civil No. 10-cv-17-JL

Bank of America

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation dated August 30, 2010, and the Further Report and Recommendation dated November 5, 2010, of Magistrate Judge Landya B. McCafferty .

SO ORDERED.

November 30, 2010         _____
        Joseph N. Laplante
        United States District Judge

cc:    Janine Wallace, pro se