# UNITED STATES DISTRICT COURT OF NEW HAMPSHIRE

Janine M. Wallace

V

Bank of America et al

10-cv-17-JL

Amendments and Recommendations

1. I am making the court aware Secret Service, Brian Coffee, is aware NH laws have been tampered with on the internet, including 479:2 Conveyances and Mortgages, which I followed when Belmont Police Chief lied about me before NH Board of Nursing and threatened to sue me and arrest me, which he did through his officer Akerstrom, who denies the existence of organized crime and lied and stated he does not have an email address. Akerstrom was reported by me to NH Commissioners of the State Police on 6/13/10 (see attached)when I approached him in his Belmont cruiser to report a middle eastern man who identified himself to me as a private investigator. When I asked Akerstrom, "can you tell me your name?" He stated, "No." I believe some of the 1000 pornographic emails I received may have come from Akerstrom. Akerstrom ordered me arrested on 7/16/10. Akerstrom stated he has not access to an email address, which I believe is a lie. After Patrick Moynihan presented the pornographic jesture of the finger at me on 7/16/10, which

he has done in public places and at work on several occasions he fabricated some story. This alcoholic told me once he believes he saw the Easter Bunny once. Patrick's former brother-in-law Derek Bragg told me Patrick was diagnosed with a mental illness, refused his medicine and drank alcohol instead. This alcoholic cross dresser has become the witness against me, the nurse he told he killed someone to as evidenced in a court record. Like his uncle Fr.William C. O'Connell he has increased his power to control roads and harass me and others like the child in Belmont he began waving to, to start his grooming process.

2. Patrick Moynihan acted in the same way at St Francis Home, when he was looking at pornography on the internet and drawing pornographic cartoons.
3. Please refer to NH laws as written in hard copy and if new books have been printed, please compare them to the books written when this case was entered.
4. Please be aware in a Belknap Superior court case related to this case, Judge O'Neil allowed telephone conversations be played in his chambers and not in front of me. I was defending myself from flamboyant and untrue statements make by the incestual alcoholic Moynihan brothers, relatives of Bank of America CEO Brian Moynihan. These brothers and alcoholics and promote gambling and pornography, as did their uncle Fr William C. O'Connell, who used whips, chains, and alcohol to make child pornography. Patrick Moynihan, alcoholic cross-dressing uncle of Bank of America CEO Brian Moynihan accused me in Belknap County Superior court of driving be his home in July, 2010, accusations were made in May, 2010. I actually flew to FL on that date. (See attachments.) In court documents Attorney Wayne Moynihan lied and stated I was fired from a job,that I threw water on Patrick, which I never did. I was followed by a

British homosexual, who I believe believed all these frivolous accusations and went to Washington to pass a law protecting homosexuals. Patrick Moynihan punched me and as a heterosexual female, I should have the same laws of protection from violence as a cross dressing male alcoholic like Patrick Moynihan has been given by the United States.

5. I believe this same illegal tactic may have been used in the Ward Bird case. I believe this case is related since the US Supreme Court has stated US citizens have the right to *bear arms* to defend their homes. As foreign banks proceed in NH to illegally force foreclosures without presenting workouts, this Ward Bird case will most like be used by foreign bank lawyers.
6. The US Constitution is Bible based and homosexual marriage is unconstitutional.
7. According to Neil Young, radio talk show host, who presented as a former member of the NH legislature, a bill can only be entered into the legislature twice in two years. I believe the homosexual marriage bill and the gambling bill were entered more then twice.
8. The Supreme Court is not given power to select a US President.
9. The Patriot Act is unconstitutional
10. NAMLBA should not exist under first amendment rights. A book found here in FL regarding how to groom, rape amd murder boys, I believe has origins in New Hampshire, Belknap County NAMBLA. If you have any questions, contact Noreen Gleason, Boston FBI. I tracked the writer to an Opus Dei blog on the internet.
11. I have reason to believe and NH State Police Commissioners are aware, that Opus Dei/NAMBLA has infiltrated the NH Attorney General's Office.

12. I believe the Bill of Rights implies equal rights for women and children. Please clarify and not based on any frivolous former cases but on the US Constitution.

13. US federal judges should be scrutinized for their county or origin values, especially Greek and Italian judges since their previous cultures supported child rape.

14. Belmont Police and Belknap County Sheriff's Department accepted as true from an alcoholic cross dressing Patrick Moynihan evidence stating I had driven by his home in July 2010. This evidence was accepted and filed as true in May 2010.

15. I believe alcoholics lying in court should be disciplined. When I took Norman Patenaude and Wayne Moynihan cases to the attention of NH Disciplinary Committee on which sat a female attorney who is documented for lying in court, I received no action against these lawyers. I have no mental illness and I would have seen this presentation of information as frivolous. Sacrilege the book was written about how the Vatican with its Red Masses and the like has used NH courts and police to protect its allowing children access to alcohol and its rape of children.

16. My NH nursing license was revoked based on the police chief, priest, and drag queen Patrick Moynihan's retaliation against me because of the true letter I sent to Kelly Ayotte regarding their unprofessional actions. Moynihan is a licensed realtor in NH. His behavior is not what most consider professional.

17. I was told by Patrick Moynihan he received a motor vehicle violation in the Portsmouth/Dover area, which may have been removed from State of New Hampshire computer files. I request a court order for release of that information and request the search be of hard copy. I have requested a

search of hard copy of instance when Patrick Moynihan realtor appeared before Nh Real Estate Commission, which he reported to me occurred with Doug Embray of Century 21, formerly of Laconia, NH. Please support this request with a court order.

18. Investigate whether the federal judge involved in the Farrah case has ties to the county in which the Deutch Bank is located since that international bank was involved in the foreclosure on his property. Also investigate whether or not that county promotes child rape, since a boat in the waters of Lake Winnipesaukee flashed its lights at me preceding that foreclosure, as reported to Center Harbor police and NH State Police Commissioners and I believed it was connected to NAMBLA.

19. State of NH represented by police who threatened to sue me and who lied about me at NH Board of Nursing prevented me from receiving medical attention for a fall which was witnessed on property Bank of NY Mellon and their foreign investors/NAMBLA claim to have taken from my non-profit for prevention and treatment of sexual abuse on the birthday of Claire O'Connell Moynihan, sister of child porn Vatican priest. Meredith police represented by Chief Merrill stated to me do not get involved with civil cases. His Officer Eichhorn came on my property that day, refused to be screened for illegal drugs as I have stated is to be done on that property in my deed. Eichhorn called me "crazy." Dr. Margaret Bahder, licensed psychiatrist has already stated I am not mentally ill.

20. Robert Duhaime, vice president of CMC, a company owned by Vatican City, a foreign country and proposed

religion should be removed as chairman of NH Board of Nursing siting separation of church and state, especially foreign state religion which promotes rape and underage use of alcohol.

21. I am enrolled in a Master's program to become a substance abuse councilor.

22. Be aware Belmont Water and Sewer represented by a member of Tom Clairmont's, president of LRGH which misdiagnosed my granddaughter, family attempted to place a water meter reader with 3 extra wires to my home. Also be aware Belmont Water and Sewer has attempted to charge me for water and sewer the amount a family of 6 was paying. The Belmont Water Sewer was represented by the younger Clairmont man who identified himself as homosexual and laughed about NAMBLA. This man waved to a Belmont police officer who passed my house as the Clairmont man was attacking this meter. Meter was turned over to Belknap high sheriff Craig Wiggin, who may or may not have seen the importance in the 3 additional wires. This meter caused changes in my computer and I removed this meter because of that fact.

23. Request court order for NH attorney general office's investigation of reports Ray Buckley owned boy pornography and Ray Burton's building hotels in Philippines for men and children and court order of investigation into Doug Lambert's complaints High Sheriff Craig Wiggin accosted him in Belknap County Superior Court building, where Wiggin allowed Judge O'Neil to hear conversations of which caller id was most likely altered by internet hackers. Case regarding caller ID US Treasury with calls to elderly stating they had

won $1,000,000 and needed to send $25,000. NH State Police were sent by me emails stating FBI origin referring to this case, but clearly poorly written with a NAMBLA "Gaymes" flare.

24. Civil Unions meets the US Constitutional requirement of legal fairness and equality. Homosexual marriage is clearly non-compliant with the Bible, upon which the US Constitution was based.

Respectfully Submitted,   *[signature]*

Janine M Wallace

Subj:     pSEiXUALYx EXPpLICvT makes media tell west starts position straight night cheney couldn filed
Date:     6/1/2008 8:34:48 PM Eastern Standard Time
From:     orvilleanderson66@yahoo.com
To:     dyboo@aol.com

**Hi, let me present for you our Vital _galleries_.**

**How good is that pussyg under that little skirt?**

~~discontinue~~

MANY SICK Emails like this WERE SENT to ME by PATRICK MOYNIHAN, who told ME "I KILLED A WOMAN ONCE, AND I CAN KILL YOU TOO." REPORTED IN COURT BELKNAP SUPERIOR 2006. ANDREW CUOMO NY ATTORNEY GENERAL HAS REVIEWED THESE & WON'T LET NAMBLA MEMBERS OUT OF JAIL IN NY.

Bottom date Shows I had to KEEP RESETTING my Computer do to hacking & VIRUS SENT by NAMBLA, who I believe ARE involved with RAY BURTON - building hotels IN Philippines FOR MEN & Children & RAY Buckley's - SEEN ON U-Tube drunk & whose boyfriend REPORTED him with boy PORNOGRAPHY.

Thursday, March 17, 1988 America Online: Dybros